[Cite as *Ford v. Unknown*, 2011-Ohio-4379.]



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

MARSHALL FORD

    Plaintiff

    v.

UNKNOWN

    Defendant

    Case No. 2011-05238-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶1} On April 11, 2011, this court issued an entry ordering plaintiff entity to obtain counsel to proceed with this claim, to file a notice of appearance, and an amended complaint naming an appropriate defendant with this court. Plaintiff entity has failed to comply with the court order. Therefore, this claim is DISMISSED without prejudice pursuant to Civ.R. 41. The court shall absorb the costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

Marshall Ford
c/o Eric Walker
6200 Mayfield Road

Case No. 2011-05238-AD          - 2 -          ENTRY

Case No. 2011-05238-AD          - 2 -          ENTRY

Mayfield Hts., Ohio  44124

DRB/laa
Filed May 26, 2011
Sent to S.C. reporter 8/26/11